IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SHERRI ANN BOGGESS,

    Plaintiff,

v.              CIVIL ACTION NO. 2:21-cv-00287

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

**ORDER**

  This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On December 19, 2021, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 12] ("PF&R") and recommended that the court **DENY** Plaintiff's Motion for Judgment on the Pleadings [ECF No. 10], **GRANT** Defendant's request to affirm the decision of the Commissioner [ECF No. 11]; **AFFIRM** the final decision of the Commissioner; and **DISMISS** this matter from this Court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

  A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Plaintiff's Motion for Judgment on the Pleadings [ECF No. 10] is **DENIED**. Defendant's request to affirm the decision of the Commissioner [ECF No. 11] is **GRANTED**. I **AFFIRM** the final decision of the Commissioner and **DISMISS** this matter from this Court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    February 11, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE